## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-mj-8360-BER

UNITED STATES OF AMERICA

v.

OSNEIVER JESUS VALERO-HIDALGO,

Defendant.

_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: _____

JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:    (561) 820-8711
John.mcmillan@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   25-mj-8360-BER |
| OSNEIVER JESUS VALERO-HIDALGO, | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____087/02/2025_____ in the county of _____Palm Beach_____ in the

_____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(5)(A), 924(a)(8) | Illegal Alien in Possession of a Firearms |

FILED BY_____**TM**_____D.C.

**Jul 2, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Elvis Medina, Special Agent, H.S.I.
*Printed name and title*

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (Facetime).

Date: _____July 2, 2025_____

_____
*Judge's signature*

City and state: _____West Palm Beach, Florida_____

Bruce Reinhart, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT
## Case No. 25-mj-8360-BER

Your affiant, Elvis Medina, first being duly sworn, does hereby depose and state as follows:

1.     I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), and have been so employed since June 2016. Prior to working for HSI, I was an agent with the U.S. Border Patrol, stationed in Arizona.  I worked as a Border Patrol Agent for nearly eleven-and-a-half years.  Among my responsibilities as an HSI Special Agent, I am trained and empowered to investigate crimes against the United States, as more fully described in Titles 8, 18, 19 and 21 of the United States Code, amongst others.

2.     The facts set forth in this affidavit are based on my personal knowledge; information obtained in this investigation from others, including other law enforcement officers; my review of documents, pictures and computer records related to this investigation; and information gained through training and experience.

3.     This affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint.  As such, I have not included each and every fact known to me and law enforcement concerning this investigation. Rather, I have set forth only those facts necessary to establish probable cause to believe that Osneiver Jose VALERO-Hidalgo, a citizen and national of Venezuela, committed the offense of knowingly possessing firearms by an alien illegally and unlawfully in the United States, did knowingly possess a firearm, in violation of Title 18, United States Code, Section 922(g)(5)(A).

## Probable Cause

4.     On June 29, 2025, Osneiver Jesus VALERO-Hidalgo, contacted Homeland Security Investigations (HSI) Undercover Operative (hereafter referred to as UCO) utilizing telephone number 561-584-2409 and inquired about the purchase of firearms. This conversation

was recorded by the UCO. VALERO-Hidalgo expressed his desire to purchase firearms specifically a "Draco" and "AK style rifles." On the basis of my training and experience, I am aware that the term "Draco" usually refers to a short-barreled AK-47 variant firearm without a stock, which classifies it as a pistol under U.S. law. "AK style rifles" are firearms patterned after the original Soviet AK-47.

5.      The UCO informed VALERO-Hidalgo that he had firearms available for sale specifically a Draco and AK style rifle. The UCO provided VALERO with videos of the firearms via the WhatsApp messenger application. (see exhibit 1 & 2) VALERO-Hidalgo agreed to purchase the firearms for $1,800.  VALERO-Hidalgo agreed to meet on Wednesday, July 2, 2025, to purchase the firearms.  (WhatsApp messenger is a messaging application that allows users to send text, voice messages, make voice calls and share images, documents, user locations and other content. The service requires a cellular mobile telephone number to sign up.)

6.      Based on records maintained by the U.S. Department of Homeland Security, Immigration Customs Enforcement, VALERO-Hidalgo is a citizen and national of Venezuela who entered the United States unlawfully and does not have lawful immigration status. The records indicate that VALERO-Hidalgo was arrested in Eagle Pass, Texas, by the United States Border Patrol on August 9, 2022.  Valero was taken into custody for Alien inadmissibility under section 212, in violation of Title 8 United States Code 1182 and alien present in the United States without admission or parole in violation of the Immigration and Nationality Act section 212(a)(6)(A)(i). On August 10, 2022, VALERO-Hidalgo was paroled into the United States as an alternative to detention. U.S. Citizenship and Immigration Services advised that VALERO-Hidalgo's parole expired on October 10, 2022. VALERO-Hidalgo applied for asylum on June 16, 2023, and the application is currently pending. VALERO-Hidalgo entered the U.S. without inspection and then

applied for asylum making him present without lawful status. Therefore, VALERO-Hidalgo is prohibited possessor under federal firearms law.

7.     On July 2, 2025, at approximately 12:46 PM, VALERO-Hidalgo met the UCO at the Home Depot Parking lot located at 6800 Okeechobee Blvd, West Palm Beach, Palm Beach County, Southern District of Flordia. During the audio and video-recorded meeting, VALERO-Hidalgo provided $1,800 in U.S. currency to the UCO to purchase the firearms. Following his receipt of the cash payment, the UCO provided the following firearms into VALERO-Hidalgo's physical passion, VALERO-Hidalgo holding the firearms in his lap:

    a.  One (1) Zastava Arms Serbia, Model PAP M85NP, 5.56 mm caliber AK-47 variant semi-automatic pistol; and

    b.  One (1) Cugir Arms Factory Romania, Model GP WASR-10, 7.62 x 39 mm caliber AK-47 variant rifle.

8.     Following the transaction, VALERO-Hidalgo was taken custody without incident while he was in possession of the firearms, and the sole occupant of the vehicle. Upon observing the approaching law enforcement officers, VALERO-Hidalgo heaved the firearms into the back seat of the vehicle in which he was seated.

9.     Following his receipt of *Miranda* warnings in the Spanish language by a native Spanish-speaking agent, in an audio and video recorded interview, VALERO-Hidalgo advised he understood his rights and agreed to speak with investigators. During the interview, VALERO-Hidalgo admitted to purchasing the firearms for $1,800 from the UCO. VALERO-Hidalgo also acknowledged that he was aware that he could not purchase firearms legally because he is unlawfully present in the United States.

10.     Your affiant viewed photographs of both the firearms sold to VALERO-Hidalgo identified in Paragraph 7(a) and (b) above.   Your affiant was able to determine from the manufacturers markings on said firearms that the Zastava pistol was manufactured in Serbia, and the Cugir Arms rifle in Romania, and that by their subsequent recovery in the Southern District of Florida, that said firearms of necessity traveled in and affected foreign and/or interstate commerce.

## CONCLUSION

WHEREFORE, on the basis of the foregoing facts and evidence, your affiant respectfully submits that probable cause exists to charge Osneiver Jesus VALERO-Hidalgo, a citizen and national of Venezuela, for the offense of unlawfully possessing firearms while being an alien illegally and unlawfully in the United States, in violation of Title 18, United States Code, Section 922(g)(5)(A).

FURTHER YOUR AFFIANT SAYETH NAUGHT.


Elvis Medina
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS


SWORN AND ATTESTED TO ME BY
APPLICANT VIA TELEPHONE (FACETIME)
PURSUANT TO FED. R. CRIM. P. 4(d) AND 4.1
THIS ___2nd___ DAY OF JULY, 2025.


**BRUCE REINHART**
**UNITED STATES MAGISTRATE JUDGE**

**<u>EXHIBIT A</u>**



**EXHIBIT B**



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**:   Osneiver Jesus VALERO-HIDALGO

**Case No**:   25-mj-8360-BER

**Count # 1**

**Illegal Alien in Possession of Firearms**
**Title 18, United States Code, Sections 922(g)(5)(A), 924(a)(8)**
* **Max. Term of Imprisonment:** Fifteen (15) years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** Three (3) years
* **Max. Fine:** $250,000.00
* **Special Assessment**: $100.00
* **Immigration Consequences of Deportation or Removal From United States After Conviction**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER:  25-mj-8360-BER

### BOND RECOMMENDATION

DEFENDANT:  Osneiver Jesus VALERO-HIDALGO

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   John C. McMillan

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):     H.S.I. Special Agent Elvis Medina

(FBI)   (SECRET SERVICE)   (DEA)   (IRS) (ICE) (**OTHER**)